```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

ROBIN WADE ERVIN                                              PLAINTIFF

        v.                     Civil No. 14-5102

DENNY HYSLIP, Public
Defender; BLAKE CHANCELLOR,
Public Defender; and ACE BAIL
BONDS, LLC                                                   DEFENDANTS

### ORDER

Now on this 2nd day of June, 2014, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #8), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects[1], and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #8) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that, this case is dismissed as all claims asserted are frivolous, fail to state claims upon which relief may be granted, or are asserted against individuals immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(I)-(iii)(in forma pauperis action may be dismissed on such grounds at any time).  The dismissal of this case will constitute a strike under 28 U.S.C. § 1915(g).  The Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED.**

                                                      /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE

---

[1] The Court did, however, notice what seemed to be an error on page 3 of the Report and Recommendation.  The first line of page 3 names "Hyslip and Norris" as defendants.  Upon consultation with the recommending court, the Court finds that naming "Norris" as a defendant was a typographical error.  The Report and Recommendation should have stated "Hyslip and Chancellor".  The Court adopts and approves the Report and Recommendation with that correction.